UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERVAIL D. PICKENS,<br><br>       *Plaintiff*,<br><br>  v.<br><br>WALMART INC.,<br><br>       *Defendant*. | **Civil Action No. 1:20-cv-02933**<br><br>**Class Action**<br><br>**The Honorable John Robert Blakey** |

**DEFENDANT WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Walmart Inc. ("Walmart"), through its counsel, and by agreement of Plaintiff Dervail Pickens ("Plaintiff"), respectfully requests that the Court extend the deadline for Walmart to answer, move, or otherwise respond to Plaintiff's Complaint to and including **July 30, 2020**. In support of its Motion, Walmart states as follows:

1.  The Complaint in this Action was filed on May 18, 2020 (Dkt. No. 1).

2.  Plaintiff served Comcast with the Complaint on June 9, 2020 (Dkt. No. 9).

3.  Walmart's deadline to answer, move, or otherwise respond to the Complaint is June 30, 2020. *Id.*

4.  Walmart has recently retained counsel and is currently reviewing the allegations of the Complaint. Walmart therefore respectfully requests a 30-day extension of time through July 30, 2020 to answer, move, or otherwise respond.

5.  This is Walmart's first request for an extension of time.

6.  Counsel for Walmart has conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff does not oppose the requested extension.

**WHEREFORE**, Walmart respectfully requests that its deadline to respond to the Complaint be extended to July 30, 2020.

Dated: June 15, 2020

Respectfully submitted,

*/s/ Tia C. Ghattas*
Tia C. Ghattas
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-382-3148
Email: tghattas@cozen.com

Meredith C. Slawe (*pro hac vice* pending)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-4175
mslawe@cozen.com

E. Marie Bussey-Garza (*pro hac vice* pending)
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, TX 75201
Telephone: 214-462-3085
mbussey-garza@cozen.com

*Counsel for Defendant*
*Walmart Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed Defendant Walmart Inc.'s Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint using the CM/ECF system, which will send notification of such filing to all current counsel of record.

                                          */s/ Tia C. Ghattas*
                                          Tia C. Ghattas