# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DERVAIL D. PICKENS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. D/B/A WALMART PHARMACY,<br><br>Defendant. | Case No.: 1:20-cv-02933<br><br>Honorable Judge John Robert Blakey |

## STIPULATION OF DISMISSAL

Plaintiff, DERVAIL D. PICKENS, and Defendant, WALMART INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against WALMART INC. with each party to bear its own attorney's fees and costs.

Dated: May 6, 2021

DERVAIL D. PICKENS

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Attorney for Plaintiff*

Respectfully Submitted,

WALMART INC.

*/s/ Tia C. Ghattas*
Tia C. Ghattas
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 382-3148
Email: tghattas@cozen.com
*Counsel for Defendant*